FILED

08 AUG 20 PM 4:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GABRIEL GONZALEZ-MEDRANO,<br>Defendant. | Criminal Case No. <u>08CR1918-JAH</u><br><u>I N D I C T M E N T</u><br>**(Superseding)**<br>Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States; Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Methamphetamine |

The grand jury charges:

<u>Count 1</u>

On or about May 18, 2008, within the Southern District of California, defendant GABRIEL GONZALEZ-MEDRANO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

SMY:nlv:San Diego
8/20/08

Count 2

Beginning at a date unknown to the grand jury and continuing up to and including June 8, 2007, within the Southern District of California, and elsewhere, defendant GABRIEL GONZALEZ-MEDRANO, did knowingly and intentionally conspire with other persons known and unknown to the grand jury to import 50 grams and more of methamphetamine (actual), to wit: approximately 4.09 kilograms (9.0 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960.

OVERT ACTS

In furtherance of the above conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

1. On or about June 8, 2007, defendant GABRIEL GONZALEZ-MEDRANO sent Kellie Shaver (charged elsewhere) to pick up a 1988 Honda Accord in which approximately 4.09 kilograms (9.0 pounds) of methamphetamine (actual) were concealed in the back seat of the vehicle.

2. On or about June 8, 2007, Kellie Shaver then entered the San Ysidro Port of Entry, from the Republic of Mexico, driving a 1988 Honda Accord in which approximately 4.09 kilograms (9.0 pounds) of methamphetamine (actual) were concealed in the back seat of the vehicle.

//

//

//

3. At the time defendant GABRIEL GONZALEZ-MEDRANO sent Kellie Shaver to pick up the 1988 Honda Accord, he knew that narcotics would be concealed in the vehicle.

All in violation of Title 21, United States Code, Section 963.

DATED: August 20, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
STEWART M. YOUNG
Assistant U.S. Attorney